### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF IOWA

JONATHAN GUY, JOHN COLLINS, :
ALBERT WALKER, CHRISTOPHER : No. 4:20-cv-331
BRIDGES, JEFF ELLIOTT, and PHILIP :
GRICE individually and on behalf of all :
persons similarly situated, :
 :
   Plaintiff, :
 :
 v. :
 :
DMG INSTALLATIONS, INC., CENTRAL :
COMMUNICATIONS, INC., MEDIACOM :
COMMUNICATIONS CORP., :
COMMUNICATIONS UNLIMITED, INC. :
and COMMUNICATIONS UNLIMTED :
CONTRACTING SERVICES, INC., :

   Defendants.

### PROPOSED SCHEDULING ORDER

Counsel for Plaintiffs and DMG Installations, Inc., Central Communications, Inc., and

Mediacom Communications, Corp. have conferred and submit the following case information

and proposed dates for case management:

1. On January 14, 2021, Plaintiffs filed a Second Amended Complaint adding five

named Plaintiffs, additional claims under the state laws of Delaware, Florida, Maryland, and

North Carolina, and added Communications Unlimited, Inc. and Communications Unlimited

Contracting Services, Inc. as defendants in this case.  ECF No. 28.  Communications Unlimited,

Inc. and Communications Unlimited Contracting Services, Inc. have not yet appeared in this

lawsuit.

2. The parties propose that Defendants DMG Installations, Inc., Central

Communications, Inc., and Mediacom Communications, Corp. will file their answers to the Second Amended Complaint on or before February 15, 2021.

3.       Plaintiffs will then file their motion for conditional certification of the claims under the Fair Labor Standards Act and for issuance of notice pursuant to 29 U.S.C. § 216(b) within 30 days after the answers are filed.

4.       The parties further agree that the Court should revisit the schedule after it has ruled on Plaintiffs' motion for conditional certification given that the ruling will significantly impact how this case will proceed.

Respectfully submitted,

| | |
|---|---|
| **JONATHAN GUY, JOHN COLLINS, ALBERT WALKER, CHRISTOPHER BRIDGES, JEFF ELLIOTT, and PHILIP GRICE individually and on behalf of all persons similarly situated,** | **DEFENDANT MEDIACOM COMMUNICATIONS CORPORATION** |
| | By its attorneys, |
| By his attorneys, | /s/Andrew B. Murphy |
| | Andrew B. Murphy, Lead Counsel |
| | (admitted pro hac vice) |
| | andrew.murphy@faegrebd.com |
| /s/ Benjamin J. Weber ____ | FAEGRE BAKER DANIELS LLP |
| Harold Lichten (Mass. BBO # 549689)* | 2200 Wells Fargo Center |
| Benjamin J. Weber (Mass. BBO # 673736)* | 90 S. Seventh Street |
| LICHTEN & LISS-RIORDAN, P.C. | Minneapolis, MN 55402 |
| 729 Boylston St., Suite 2000 | Telephone: (612) 766-7000 |
| Boston, MA 02116 | Facsimile: (612) 766-1600 |
| Telephone: (617) 994-5800 | |
| Facsimile: (617) 994-5801 | Samantha M. Rollins |
| hlichten@llrlaw.com | Samantha.rollins@faegrebd.com |
| bjweber@llrlaw.com | FAEGRE BAKER DANIELS LLP |
| *admitted pro hac vice* | 801 Grand Avenue, 33rd Floor |
| | Des Moines, Iowa 50309-8003 |
| Nathan T. Willems, AT0009260 | Telephone: (515) 248-9000 |

RUSH & NICHOLSON, P.L.C.
115 First Avenue SE, Suite 201
P. O. Box 637
Cedar Rapids, IA 52406-0637
Telephone:  (319) 363-5209
Facsimile:  (319) 363-6664
nate@rushnicholson.com

KESSLER MATURA P.C.
Troy L. Kessler**
Garrett Kaske**
534 Broadhollow Road, Suite 275
Melville, New York 11747
Telephone: (631) 499-9100
Fax: (631) 499-9120
tkessler@kesslermatura.com
gkaske@kesslermatura.com
**pro hac vice applications forthcoming*

Facsimile: (515) 248-9010

**DEFENDANT BROADBAND
INSTALLATIONS OF IOWA, LLC**

By its attorneys,

/s/Alexander M. Johnson
Alexander M. Johnson, AT0004024
James W. White, AT0012418
BROWN, WINICK, GRAVES, GROSS,
BASKERVILLE AND SCHOENEBAUM,
P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515-242-2400
Facsimile: 515-283-0231
ajohnson@brownwinick.com
white@brownwinick.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 15, 2021, a copy of this document was served by electronic filing on all counsel of record.

<u>/s/ Benjamin J. Weber</u>
Benjamin J. Weber