# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| JONATHAN GUY, JOHN COLLINS, ALBERT WALKER, CHRISTOPHER BRIDGES, JEFF ELLIOTT and PHILIP GRICE, individually and on behalf of all persons similarly situated, | * * * * * * | CIVIL NO. 4:20-cv-00331-SBJ |
| Plaintiffs, v. | * * * | |
| DMG INSTALLATIONS, INC., CENTRAL COMMUNICATIONS, INC., MEDIACOM COMMUNICATIONS CORP., COMMUNICATIONS UNLIMITED, INC. and COMMUNICATIONS UNLIMTED CONTRACTING SERVICES, INC., | * * * * * * * | **ORDER** |
| Defendants. | * * | |

Before the Court is Plaintiffs' Assented-To Motion to Dismiss (Dkt. 88) filed on January 24, 2022. Plaintiffs request the Court to dismiss this case with prejudice. It is indicated Defendants have assented to the motion. *Id.* ¶ 16. Therefore, and for the reasons set forth by Plaintiffs, the motion is granted. Pursuant to Federal Rule of Civil Procedure 41(a)(2), this case shall be and is hereby dismissed with prejudice with all parties bearing their own costs.

IT IS SO ORDERED.

Dated January 26, 2022.

_____
STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE